# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138491

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                        SC: 138491
                                                         COA: 258397
                                                         Wayne CC: 04-001084-01
BERNARD CHAUNCEY MURPHY,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the March 3, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

s0720

_____
                Clerk